UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR GLENN LANDERS, | ) CASE NO. CV 13-22-MMM (PJW) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINAL REPORT AND <br> ) RECOMMENDATION OF UNITED STATES <br> ) MAGISTRATE JUDGE AND DENYING |
| GARY SWARTHOUT, WARDEN, | ) CERTIFICATE OF APPEALABILITY |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

Further, for the reasons stated in the Final Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and therefore, a certificate of appealability is denied. *See* 28 U.S.C.

§ 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED:  May 23, 2014

                                       /s/ Margaret M. Morrow
                                       MARGARET M. MORROW
                                       UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\CV 13-00022-ORDER.wpd