UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR GLENN LANDERS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GARY SWARTHOUT, WARDEN,<br><br>　　　　Respondent. | CASE NO. CV 13-22-MMM (PJW)<br><br>J U D G M E N T |

　　Pursuant to the Order Accepting Final Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　DATED: May 23, 2014

　　　　　　　　　　　　　　　　　　　/s/ Margaret M. Morrow
　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\CV 13-00022-JUDGMENT.wpd